**Form 751**[Order for Payment of Installments]

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

In re:  
    Veryl Oleary McGuire  
            Debtor(s).

Case No. 15–23750 WTT  
Chapter 7

## ORDER FOR PAYMENT OF FILING FEE IN INSTALLMENTS

The Court, having received the Debtor(s) Application To Pay Filing Fee In Installments according to Federal Rule of Bankruptcy Procedure 1006,

**HEREBY ORDERS** that the Debtor(s) pay the filing fee $ 335.00 as follows:

| | | | |
|---|---|---|---|
| Paid at filing: | $ 100.00 | | |
| First installment: | $ | Due on or before | |
| Second installment: | $ 100.00 | Due on or before | 5/26/15 |
| Third installment: | $ 100.00 | Due on or before | 6/26/15 |
| Final installment | $ 35.00 | Due on or before | 7/27/15 |

Payment must be received and posted by the Court on or before the due date of each installment payment. Payments may be made electronically, in person, or by mail to the U.S. Bankruptcy Court at the following address:

    U.S. Bankruptcy Court – District of Utah  
    350 South Main Street, Rm 301  
    Salt Lake City, UT 84101  
    Tel. (801) 524−6687

Acceptable forms of payment are cash, credit card, money order, or check made payable to **U.S. Bankruptcy Court**. The Court will not accept as payment the personal check of the debtor(s) filing the bankruptcy petition.

**THE COURT FURTHER ORDERS** that, in accordance with Federal Rule of Bankruptcy Procedure 1017(b)(1), 11 U.S.C. § 102, 28 U.S.C. § 1930 that unless ordered otherwise by the Court:

- Failure to timely pay an installment will result in dismissal without further notice or hearing.
- Until the filing fee is paid in full, the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.
- If the case is dismissed, all unpaid balances remain owing and must be paid within 14 days of dismissal.
- If the debtor(s) fail to pay any installments due under this Order, debtor(s) will be ineligible for an Order for Payment of Filing Fees in Installments in any future bankruptcy case.

Dated and Entered on: April 28, 2015

*William J. Thurman*  
United States Bankruptcy Judge   (2)

United States Bankruptcy Court
District of Utah

In re:  
Veryl Oleary McGuire  
    Debtor

Case No. 15-23750-WTT  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 1088-2      User: mfm      Page 1 of 1      Date Rcvd: Apr 28, 2015  
                 Form ID: f751      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2015.  
db          +Veryl Oleary McGuire,    163 N 300 W,    Saint George, UT 84770-2723

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                              TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2015 at the address(es) listed below:  
         Bryan Adamson    on behalf of Debtor Veryl Oleary McGuire   badamson@dixielegal.com, jpeterson@dixielegal.com  
         Michael F. Thomson tr    thomson.michael@dorsey.com,    UT17@ecfcbis.com;montoya.michelle@dorsey.com  
         United States Trustee    USTPRegion19.SK.ECF@usdoj.gov  
                                                                                                               TOTAL: 3